Joel E. Tasca
Nevada Bar No. 14124
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for Plaintiff The Bank of New York Mellon, f/k/a The Bank of New York, as successor trustee for the benefit of holders of Bear Stearns Asset Backed Securities I, LLC Bear Stearns ALT-A Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE FOR THE BENEFIT OF HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I, LLC, BEAR STEARNS ALT-A TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1,<br><br>Plaintiff,<br><br>vs.<br><br>SIENA LANE TRUST, a Nevada trust; SIENA TOWNHOMES OWNER'S ASSOCIATION, a Nevada non-profit corporation; LAS VEGAS DEVELOPMENT LLC SERIES 701, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:16-cv-02770<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO MOTION TO LIFT STAY** |

Plaintiff The Bank of New York Mellon, f/k/a The Bank of New York, as successor trustee for the benefit of holders of Bear Stearns Asset Backed Securities I, LLC Bear Stearns ALT-A Trust 2006-1, Mortgage Pass-Through Certificates, Series 2006-1 (the "Trustee") and Defendant Siena Lane Trust ("Siena Lane"), and through their respective undersigned counsel of record, hereby stipulate to an Order

DMWEST #18051795 v1

for a two-week extension of time to file a memorandum in opposition to the Motion to Lift Stay [ECF No. 21], filed by Siena Lane on August 23, 2018 (the "Motion").

Counsel have requested the extension for additional time to oppose the Motion due to unanticipated scheduling conflicts on the part of counsel for the Trustee. The original deadline for any opposition to the Motion to Lift Stay is September 6, 2018. The proposed extended deadline is September 20, 2018.

This is the Parties' first request for extension of this deadline and is not intended to cause any delay or prejudice any party.

Dated: September 6, 2018.

| BALLARD SPAHR LLP | LAW OFFICES OF MICHAEL F. BOHN ESQ., LTD. |
|---|---|
| By: /s/ Justin A. Shiroff<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Justin A. Shiroff, Esq.<br>Nevada Bar No. 12869<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Plaintiff* | By: /s/ Michael F. Bohn<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>Adam R. Trippiedi, Esq.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Ste. 480<br>Henderson, Nevada 89074<br><br>*Attorneys for Defendant Siena Lane Trust* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 10, 2018