# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| The Bank of New York Mellon fka the Bank of New York, as Successor Trustee for the Benefit of Holders of Bear Sterns Asset-backed Securities 1, LLC,<br><br>  Plaintiff<br><br>v.<br><br>Siena Lane Trust, et al.,<br><br>  Defendants | Case No.: 2:16-cv-02770-JAD-CWH<br><br>**Order Lifting Stay**<br><br>[ECF Nos. 21, 26] |

  Good cause appearing, IT IS HEREBY ORDERED that the motion to lift stay **[ECF No. 21] is GRANTED IN PART**, in that THE STAY IS LIFTED, but some of the other details and deadlines requested by the motion are denied or revised. Instead, IT IS FURTHER ORDERED that the parties have the following deadlines and obligations to move this case forward:

**<u>Meet & Confer</u>:**

  **The parties have until November 16, 2018, to meet and confer** as defined by Local Rule IA 1-3(f) regarding (1) a proposed scheduling order as contemplated by Local Rule 26-1, (2) what discovery needs to be conducted, (3) what viable claims and defenses remain in the case in light of recent decisions from the Supreme Court of Nevada, and (4) the issues that the parties intend to raise in any dispositive motion that the parties anticipate filing within the next 90 days. **A party representative must attend the meet and confer, either in person or by telephone.** Requests to be excused from any aspect of this meet-and-confer requirement will be denied absent extraordinary circumstances.

**Stipulated Discovery Plan and Scheduling Order**:

Within ten days after the meet-and-confer, the parties must file their Stipulated Discovery Plan and Scheduling Order in compliance with Local Rule 26-1.

**Certificate Required with Dispositive Motions**:

Any dispositive motion filed within the next 90 days must be accompanied by a declaration by the movant's counsel that sets forth the details of the meet-and-confer in compliance with Local Rule IA 1-3(f)(2) and certifies that, despite good-faith efforts, the issues raised in the motion could not be resolved. The court may summarily deny any motion that fails to comply with this requirement.

**Stipulation to Extend Time**:

On September 10, 2018, the court extended the defendants' deadline to oppose this motion to lift stay to September 20, 2018.[1] Defendants filed no opposition by that extended deadline, but the day after the deadline expired, they filed another stipulation to extend the deadline.[2] Local Rule IA 6-1(a) states that a request to extend a deadline made after the subject deadline has expired will not be granted absent a showing of excusable neglect for the filing delay. The new stipulation lacks such a showing. Accordingly, the second stipulation to extend the deadline to oppose the motion to stay **[ECF No. 26] is DENIED.**

Dated: September 24, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 25.
[2] ECF No. 26.