Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
Attorneys for Plaintiff
The Bank of New York Mellon,
f/k/a the Bank of New York, as
Successor Trustee for the Benefit
of Holders of Bear Stearns Asset-
backed Securities I, LLC, Bear
Stearns Alt-A Trust 2006-1, Mortgage
Pass-through Certificates, Series 2006-1

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE FOR THE BENEFIT OF HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I, LLC, BEAR STEARNS ALT-A TRUST 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-1,<br><br>Plaintiff,<br><br>vs.<br><br>SIENA LANE TRUST, a Nevada trust; SIENA TOWNHOMES OWNER'S ASSOCIATION, a Nevada non-profit corporation; LAS VEGAS DEVELOPMENT LLC SERIES 701, a Nevada limited liability company,<br><br>Defendants. | CASE NO. 2:16-cv-02770-JAD-CWH<br><br>**JOINT MOTION FOR DISCLAIMER OF INTEREST BY, AND DISMISSAL OF, LAS VEGAS DEVELOPMENT LLC SERIES 701 AND ORDER**<br><br>ECF No. 36 |

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff The Bank of New York Mellon, f/k/a the Bank of New York, as Successor Trustee for the Benefit of Holders of Bear Stearns Asset-backed Securities I, LLC, Bear Stearns Alt-A Trust 2006-1, Mortgage Pass-through Certificates, Series 2006-1 ("**BNY**") and Defendant Las Vegas Development LLC Series 701 ("**LVD**"), by and through their respective counsel of record, stipulate and agree as follows:

1. On December 2, 2016, BNY filed its Complaint in this action naming LVD as a defendant.

2. On February 17, 2017, LVD filed a Disclaimer of Interest.

3. BNY hereby agrees to voluntarily dismiss LVD.

4. LVD no longer claims any interest, and explicitly disclaims any interest, in and to the certain real property commonly known as 869 Siena Lane, Mesquite, Nevada 89027; APN: 001-18-512-015.

5. BNY and LVD shall each bear their own attorneys' fees and costs, if any, incurred in this matter.

| Dated this 3rd day of January, 2019.<br><br>SMITH LARSEN & WIXOM<br><br><br>/s/ *Chet A. Glover*<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Chet A. Glover, Esq.<br>Nevada Bar No. 10054<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for BNY | Dated this 3rd day of January, 2019.<br><br>ROGER P. CROTEAU & ASSOCIATES, LTD.<br><br>/s/ *Timothy E. Rhoda*<br>Roger P. Croteau, Esq.<br>Nevada Bar No. 4958<br>Timothy E. Rhoda, Esq.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>Attorneys for LVD |
|---|---|

**ORDER**

Based on the unopposed joint motion by plaintiff and defendant Las Vegas Development LLC Series 701 [ECF No. 36] and good cause appearing, IT IS HEREBY ORDERED the motion **[ECF No. 36] is GRANTED**; ALL CLAIMS AGAINST DEFENDANT LAS VEGAS DEVELOPMENT LLC SERIES 701 ARE DISMISSED, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey 2-4-19